ERIC GRANT
United States Attorney
JOSHUA BANISTER
Assistant United States Attorney
MISDEMEANOR UNIT
BRIANA M. VOLLMER
Acting Law Enforcement Specialist (Rule 180)
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CRAIG ROBINSON,<br><br>Defendant. | Case No. 6:25-PO-00392-HBK<br><br>[Citation # E2138421 CA/76]<br><br>MOTION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE<br><br>(Doc. No. 5) |

The United States of America, by and through Eric Grant, United States Attorney, and Joshua Banister, Assistant United States Attorney, and Briana M. Vollmer, Acting Law Enforcement Specialist, hereby move to dismiss Case No. 6:25-PO-00392-HBK [Citation # E2138421 CA/76] against CRAIG ROBINSON without prejudice, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: November 27, 2025                     Respectfully submitted,

ERIC GRANT
United States Attorney

By:   /s/ Briana M. Vollmer
      BRIANA M. VOLLMER
      Acting Law Enforcement Specialist (Rule 180)

**O R D E R**

The Court GRANTS the government's motion (Doc. No. 5) and, pursuant to Federal Rule of Criminal Procedure 48(a), it is ORDERED that Case No. 6:25-PO-00392-HBK [Citation # E2138421 CA/76] against CRAIG ROBINSON is dismissed, without prejudice, in the interest of justice.

Dated:    December 1, 2025

*[signature]*
HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE